UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MALIBU MEDIA, LLC,

                            Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
98.116.191.111,

                            Defendant.

-----------------------------------------------------------------X

Case No. 1:19-cv-07189-JGK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/7/2019_

### ORDER ON PLAINTIFF'S SECOND MOTION TO ADJOURN INITIAL PRETRIAL CONFERENCE AND EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY/ CASE MANAGEMENT PLAN

THIS CAUSE came before the Court upon Plaintiff's Second Motion to Extend the Deadline to File a Joint Discovery/Case Management Plan and to Adjourn Initial Pretrial Conference (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. The Initial Pretrial Scheduling Conference on the above matter is now set for _THURSDAY, JANUARY 23, 2020_ at 4:30PM

**DONE AND ORDERED** this _27_ day of _November_, 2019.

By: _____
UNITED STATES DISTRICT JUDGE

TIME TO FILE A JOINT DISCOVERY/CASE MANAGEMENT PLAN EXTENDED TO JANUARY 16, 2020.

SO ORDERED.

11/27/19 _____
                     USDJ