**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
                                                                :   Case No. 1:19-cv-07189-JGK
            Plaintiff,                      :
                                                                :   Judge Koeltl
    vs.                                                        :
                                                                :
YI-TING CHEN,                                                   :
                                                                :
            Defendant.                      :
----------------------------------------------------------------X

## ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until January 27, 2020, to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this ___ day of _____, 2019.


By: _____
        **UNITED STATES DISTRICT JUDGE**