**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                         :
MALIBU MEDIA, LLC,                      :
                                         :     Case No. 1:19-cv-07189-JGK
                    Plaintiff,           :
                                         :
              vs.                         :
                                         :
JOHN DOE subscriber assigned IP address  :
98.116.191.111,                               :
                                         :
                    Defendant.         :
------------------------------------------------------------X

## ORDER ON PLAINTIFF'S THIRD MOTION TO ADJOURN INITIAL PRETRIAL CONFERENCE AND EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY/ CASE MANAGEMENT PLAN

THIS CAUSE came before the Court upon Plaintiff's Third Motion to Extend the Deadline to File a Joint Discovery/Case Management Plan and to Adjourn Initial Pretrial Conference (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. The Initial Pretrial Scheduling Conference on the above matter is now set for _____.

**DONE AND ORDERED** this ____ day of _____, 2020.

                                                             By: _____
                                                                    **UNITED STATES DISTRICT JUDGE**