**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF·NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _1-16-2020_

---------------------------------------------------------------X

MALIBU MEDIA, LLC,                                    :
                                                      :        Case No. 1:19-cv-07189-JGK
                        Plaintiff,                    :
                                                      :
            vs.                                       :
                                                      :
JOHN DOE subscriber assigned IP address               :
98.116.191.111,                                       :
                                                      :
                        Defendant.                    :
---------------------------------------------------------------X

## ORDER ON PLAINTIFF'S THIRD MOTION TO ADJOURN INITIAL PRETRIAL CONFERENCE AND EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY/ CASE MANAGEMENT PLAN

THIS CAUSE came before the Court upon Plaintiff's Third Motion to Extend the Deadline

to File a Joint Discovery/Case Management Plan and to Adjourn Initial Pretrial Conference (the

"Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. The Initial Pretrial

Scheduling Conference on the above matter is now set for _TUESDAY, MARCH 24, 2020,_
_AT 4:30 PM_

**DONE AND ORDERED** this _16_ day of _January_, 2020.

By: _____
UNITED STATES DISTRICT JUDGE

_TIME TO FILE JOINT DISCOVERY/CASE MANAGEMENT_
_PLAN EXTENDED TO MARCH 10, 2020._