UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EAST SPLENDOR CO., LTD.,

                Plaintiff,

-against-

FRAGMENTS HOLDING LLC,

                Defendant.

------------------------------------- x

ORDER

19 Civ. 7189 (GBD)

GEORGE B. DANIELS, District Judge:

The January 16, 2020 conference is cancelled. This Court will hear oral argument on Plaintiff's Motion for Summary Judgment, (ECF No. 16), on March 5, 2020, at 10:30 a.m.

Dated: January 16, 2020

       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE