**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                      :
MALIBU MEDIA, LLC,                     :
                                                      :      Case No. 1:19-cv-07189-JGK
                 Plaintiff,             :
                                                      :      Judge Koeltl
          vs.                                 :
                                                      :
YI-TING CHEN,                          :
                                                      :
                 Defendant.           :
---------------------------------------------------------------X

## ORDER ON PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Third Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until March 2, 2020, to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this ___ day of _____, 2020.


By: _____
**UNITED STATES DISTRICT JUDGE**