UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                            :
:                Case No. 1:19-cv-07189-JGK
                    Plaintiff,          :
:                Judge Koeltl
        vs.                             :
:
YI-TING CHEN,                                                 :
:
                    Defendant.          :
---------------------------------------------------------------X

# ORDER ON PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Fourth Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until March 23, 2020, to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this ___ day of _____, 2020.


By: _____
**UNITED STATES DISTRICT JUDGE**

1