UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                               :

MALIBU MEDIA, LLC,                            :

                                                     :    Case No. 1:19-cv-07189-JGK

                      Plaintiff,                 :

                                                     :

                         vs.                      :

                                                   :

JOHN DOE subscriber assigned IP address    :
98.116.191.111,

                                                  :

                      Defendant.          :
------------------------------------------------------------X

## ORDER ON PLAINTIFF'S FOURTH MOTION TO ADJOURN INITIAL PRETRIAL CONFERENCE AND EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY/ CASE MANAGEMENT PLAN

     THIS CAUSE came before the Court upon Plaintiff's Fourth Motion to Extend the Deadline to File a Joint Discovery/Case Management Plan and to Adjourn Initial Pretrial Conference (the "Motion"), and the Court being duly advised in the premises does hereby:

     ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. The Initial Pretrial Scheduling Conference on the above matter is now set for _____.

     **DONE AND ORDERED** this ___ day of _____, 2020.

                                                By: _____
                                                        **UNITED STATES DISTRICT JUDGE**