UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 3/11/2020
```

-----------------------------------------------------------X

MALIBU MEDIA, LLC,

                Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
98.116.191.111,

                Defendant.

-----------------------------------------------------------X

Case No. 1:19-cv-07189-JGK

### ORDER ON PLAINTIFF'S FOURTH MOTION TO ADJOURN INITIAL PRETRIAL CONFERENCE AND EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY/ CASE MANAGEMENT PLAN

THIS CAUSE came before the Court upon Plaintiff's Fourth Motion to Extend the Deadline to File a Joint Discovery/Case Management Plan and to Adjourn Initial Pretrial Conference (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. The Initial Pretrial Scheduling Conference on the above matter is now set for _TUESDAY, MAY 19, 2020, AT 4:30PM._

**DONE AND ORDERED** this _10_ day of _March_, 2020.

By: _____
UNITED STATES DISTRICT JUDGE

TIME TO SUBMIT A JOINT DISCOVERY PLAN
EXTENDED TO MAY 12, 2020.