UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                        :
MALIBU MEDIA, LLC,                    :
                                        :    Case No. 1:19-cv-07189-JGK
                    Plaintiff,       :
                                        :
           vs.                    :
                                        :
YI-TING CHEN,                      :
                                        :
                    Defendant.     :
------------------------------------------------------------X

**ORDER ON PLAINTIFF'S FIFTH MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT**

      THIS CAUSE came before the Court upon Plaintiff's Fifth Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

      ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until April 17, 2020, to effectuate service of a summons and Complaint upon Defendant.

      SO ORDERED this ___ day of _____, 2020.


                                    By: _____
                                          **UNITED STATES DISTRICT JUDGE**