**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                             :
MALIBU MEDIA, LLC,                           :
                                             :        Case No. 1:19-cv-07189-JGK
                        Plaintiff,           :
                                             :
            vs.                              :
                                             :
YI-TING CHEN,                                :
                                             :
                        Defendant.           :
-----------------------------------------------------------------X
```

## ORDER ON PLAINTIFF'S SIXTH MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Sixth Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until June 5, 2020, to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this ____ day of _____, 2020.


By: _____
**UNITED STATES DISTRICT JUDGE**

1