UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                               :
:      Case No. 1:19-cv-07189-JGK
Plaintiff,               :
:
vs.                                       :
:
YI-TING CHEN,                                                    :
:
Defendant.               :
-----------------------------------------------------------------X

### ORDER ON PLAINTIFF'S SIXTH MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Sixth Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until June 5, 2020, to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this  22  day of      April      , 2020.


By: _____/s/ John G. Koeltl_____
**UNITED STATES DISTRICT JUDGE**

1