**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
MALIBU MEDIA, LLC,

          Plaintiff,

  v.

YI-TING CHEN,

          Defendant.
-----------------------------------------------X

Civil Action No. 1:19-cv-07189-JGK

**AFFIDAVIT OF ATTEMPTED SERVICE**

STATE OF NEW YORK  )
                      S.S.
COUNTY OF NEW YORK)

    **FREDERICK PRINGLE,** being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 15th day of January, 2020, at approximately 1:43 pm, deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT— ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT, ORDER ON PLAINTIFF'S SECOND MOTION TO ADJOURN INITIAL PRETRIAL CONFERENCE AND EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY/CASE MANAGEMENT PLAN, AND NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT** upon **YI-TING CHEN** at 350 West 42nd Street, Apt. 27G, New York, NY 10036, but the doorman called up and there was no answer to the apartment.

    That on the 22nd day of January, 2020, at approximately 10:00 am, deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT— ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT, ORDER ON PLAINTIFF'S SECOND MOTION TO ADJOURN INITIAL PRETRIAL CONFERENCE AND EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY/CASE MANAGEMENT PLAN, AND NOTICE OF FILING RULE 7.1 DISCLOSURE**

L.S., Inc.
1 Broadway
e. 510
w York, NY 10013
2-925-1220
ww.dlsnational.com

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

**STATEMENT** upon **YI-TING CHEN** at 350 West 42nd Street, Apt. 27G, New York, NY 10036, but deponent was escorted by security to the apartment and there was no answer to the apartment door.

_____
**FREDERICK PRINGLE, #2067891**

Sworn to before me this
14th day of February, 2020

_____
NOTARY PUBLIC
JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2020

.L.S., Inc.
)1 Broadway
:e. 510
ew York, NY 10013
12-925-1220
ww.dlsnational.com

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MALIBU MEDIA, LLC,

                Plaintiff,

    v.

YI-TING CHEN,

                Defendant.
------------------------------------------------X

Civil Action No. 1:19-cv-07189-JGK

**AFFIDAVIT OF ATTEMPTED SERVICE**

STATE OF NEW YORK   )
                      S.S.
COUNTY OF NEW YORK)

      **EUCLIDE DECASTRO**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 23rd day of January, 2020, at approximately 6:30 pm, deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT— ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT, ORDER ON PLAINTIFF'S SECOND MOTION TO ADJOURN INITIAL PRETRIAL CONFERENCE AND EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY/CASE MANAGEMENT PLAN, AND NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT** upon **YI-TING CHEN** at 350 West 42nd Street, Apt. 27G, New York, NY 10036, but deponent heard sounds inside, but no one came to the door.

*/s/ Euclide P.*
**EUCLIDE DECASTRO, #2079464**

Sworn to before me this
14th day of February, 2020

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com