UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                          :

MALIBU MEDIA, LLC,                        :

                                                        :     Case No. 1:19-cv-07189-JGK

                     Plaintiff,          :

                                                        :

                  vs.                        :

                                                        :

JOHN DOE subscriber assigned IP address    :
98.116.191.111,                                    :

                                                        :

                          Defendant.       :
---------------------------------------------------------------X

## ORDER ON PLAINTIFF'S FIFTH MOTION TO ADJOURN INITIAL PRETRIAL CONFERENCE AND EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY/ CASE MANAGEMENT PLAN

     THIS CAUSE came before the Court upon Plaintiff's Fifth Motion to Extend the Deadline to File a Joint Discovery/Case Management Plan and to Adjourn Initial Pretrial Conference (the "Motion"), and the Court being duly advised in the premises does hereby:

     ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. The Initial Pretrial Scheduling Conference on the above matter is now set for _____.

     **DONE AND ORDERED** this ___ day of _____, 2020.

                                               By: _____
                                                     **UNITED STATES DISTRICT JUDGE**