```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**MALIBU MEDIA, LLC,**

                            **Plaintiff,**

                                                        **19cv7189 (JGK)**

       - against -

                                                         **ORDER**

**YI-TING CHEN,**

                            **Defendant.**

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The time to file a Rule 26(f) report is extended to July 17, 2020. The initial conference is adjourned to July 24, 2020 at 10:00 AM. The request to permit alternative service of the summons and amended complaint is **denied without prejudice**. Three efforts to serve by the process server all within a single ten-day period are insufficient at this time to demonstrate that personal service is impracticable. See Silverman v. Sito Marketing LLC, No. 14-cv-3932, 2015 WL 13651281, at *5 (E.D.N.Y. Mar. 9, 2015) (finding that impracticability to effect service by traditional methods had not been established because, among other reasons, the process server had made "limited efforts").

**SO ORDERED.**
**Dated:**    New York, New York
           May 18, 2020                   /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                          **United States District Judge**