**DLS — DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MALIBU MEDIA, LLC,

        *Plaintiff(s),*

   v.

YI-TING CHEN,

        *Defendant(s).*
-------------------------------------------------------X
STATE OF NEW YORK  }
            S.S.
COUNTY OF NEW YORK}

Civil Action No. 1:19-cv-07189-JGK

**AFFIDAVIT OF SERVICE**

    **FREDERICK PRINGLE**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 25th day of June, 2020, at approximately the time of 12:40 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT— ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT, ORDER ON PLAINTIFF'S SECOND MOTION TO ADJOURN INITIAL PRETRIAL CONFERENCE AND EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY/CASE MANAGEMENT PLAN, AND NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT** upon **YI-TING CHEN** at 350 West 42nd Street, Apt. 27G, New York, NY 10036, by personally delivering and leaving the same with **YI-TING CHEN** at that address. At the time of service, deponent asked **YI-TING CHEN** whether he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

    **YI-TING CHEN** is an Asian male, approximately 38 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 140 pounds with black hair and brown eyes.

*/s/ Frederick Pringle*
**FREDERICK PRINGLE, #2067891**
Sworn to before me this
29th day of June, 2020

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com