**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                     :

MALIBU MEDIA, LLC,                :

                                   :    Case No. 1:19-cv-07189-JGK

               Plaintiff,        :

            vs.                        :

YI-TING CHEN,                    :

               Defendant.    :
------------------------------------------------------------X

## ORDER ON PLAINTIFF'S SIXTH MOTION TO ADJOURN INITIAL PRETRIAL CONFERENCE AND EXTEND THE DEADLINE TO FILE A JOINT DISCOVERY/ CASE MANAGEMENT PLAN

THIS CAUSE came before the Court upon Plaintiff's Fifth Motion to Extend the Deadline to File a Joint Discovery/Case Management Plan and to Adjourn Initial Pretrial Conference (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. The Initial Pretrial Scheduling Conference on the above matter is now set for _____.

**DONE AND ORDERED** this ___ day of _____, 2020.

                                       By: _____
                                             **UNITED STATES DISTRICT JUDGE**