UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                           :
                                             :   Case No. 1:19-cv-07189-JGK
            Plaintiff,                       :
                                             :
      vs.                                    :   **CLERK'S CERTIFICATE**
                                             :   **OF DEFAULT**
YI-TING CHEN,                                :
                                             :
            Defendant.                       :
---------------------------------------------------------------X

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 31, 2019, with the filing of a summons and complaint, that an Amended Complaint was filed on December 15, 2019, a copy of the summons and Amended Complaint were duly served upon Defendant, Yi-Ting Chen via individual service on June 25th, 2020, *and proof of service was therefore filed on July 8th, 2020, Doc. #35.*

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

_____, 2020.

                                                                       RUBY J. KRAJICK
                                                                       Clerk of Court


                                                       By:_____
                                                                    Deputy Clerk