USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MALIBU MEDIA, LLC,

                      Plaintiff,

      vs.

YI-TING CHEN,

                      Defendant.
---------------------------------------------------------------X

Case No. 1:19-cv-07189-JGK

**CLERK'S CERTIFICATE
OF DEFAULT**

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 31, 2019, with the filing of a summons and complaint, that an Amended Complaint was filed on December 15, 2019, a copy of the summons and Amended Complaint were duly served upon Defendant, Yi-Ting Chen via individual service on June 25th, 2020, *and proof of service was therefore filed on July 8th, 2020, Doc. #35.*

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

      July 27, 2020.

                                      RUBY J. KRAJICK
                                      Clerk of Court

                                      By: _____
                                          Deputy Clerk