**Copyrights-In-Suit for IP Address 98.116.191.111**

**ISP:** Verizon Internet Services
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Cindy Sauna Sex | PA0002173483 | 05/04/2019 | 05/13/2019 | 05/16/2019 |
| Stunning Sexy Shower | PA0002165727 | 03/21/2019 | 04/09/2019 | 05/16/2019 |
| Moonlight Sex Games | PA0002165730 | 03/27/2019 | 04/09/2019 | 05/16/2019 |
| Afternoon Rendezvous | PA0002120296 | 05/21/2018 | 06/05/2018 | 05/16/2019 |
| Workout and Stunning Hot Sex | PA0002154476 | 01/20/2019 | 01/24/2019 | 05/16/2019 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 05/16/2019 |
| XXX Threeway Games | PA0002078584 | 06/30/2017 | 08/30/2017 | 03/22/2019 |
| Four Way In 4K | PA0001995499 | 01/28/2016 | 02/18/2016 | 03/21/2019 |
| Cum In For An Orgy | PA0002139295 | 08/11/2018 | 08/27/2018 | 03/20/2019 |
| Honeymoon Sex | PA0002109640 | 03/09/2018 | 03/28/2018 | 03/15/2019 |
| Five Reasons to Love Sex with Blondes | PA0002097524 | 12/09/2017 | 01/03/2018 | 03/15/2019 |
| Moving Day Sex | PA0002133713 | 07/21/2018 | 08/02/2018 | 03/15/2019 |
| Young 18 Year Old Couple in Hot Summer Sex | PA0002139292 | 08/03/2018 | 08/27/2018 | 03/15/2019 |
| Summertime Sex | PA0002128253 | 07/13/2018 | 07/17/2018 | 03/15/2019 |
| Teach Me About Sex | PA0002140491 | 08/31/2018 | 09/24/2018 | 03/15/2019 |
| Supermodel Sex | PA0001967075 | 09/02/2015 | 09/07/2015 | 03/15/2019 |

**Total Malibu Media, LLC Copyrights Infringed: 16**

EXHIBIT B

SNY556