UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
MALIBU MEDIA, LLC, :
: Case No. 1:19-cv-07189-JGK
Plaintiff, :
:
vs. :
:
YI-TING CHEN, :
:
Defendant. :
---------------------------------------------------------------X

## ORDER TO SHOW CAUSE WHY COURT SHOULD NOT ENTER DEFAULT JUDGMENT AGAINST DEFENDANT YI-TING CHEN

The Defendant shall respond in writing to this Order to Show Cause for a default judgment by _____. If the Defendant fails to respond by that date, judgment may be entered against them and the Defendant will have no trial. The Plaintiff may reply by _____. The Plaintiff shall serve a copy of this Order to Show Cause by _____ and shall file proof of service by _____.

No personal appearances are required in connection with this Order to Show Cause.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE
JOHN G. KOELTL