UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MALIBU MEDIA, LLC,

            Plaintiff,

    vs.

YI-TING CHEN,

            Defendant.

Case No. 1:19-cv-07189-JGK

---

## NOTICE OF FILING

PLEASE TAKE NOTICE, Plaintiff hereby files Demovsky Lawyer Services Invoice No. 392117, in the amount of $119.00, and Verizon Invoice No. 2019255352, in the amount of $75.00, in support of its Motion for Default Judgment [CM/ECF 40] and it's supporting Memorandum of Law with Exhibits [CM/ECF 41], and Declaration of Kevin T. Conway [CM/ECF 42], to recover additional costs expended by Plaintiff.

Dated: July 30, 2020

                              By:   /s/ *Kevin T. Conway*
                                       Kevin T. Conway, Esq. (KC-3347)
                                       80 Red Schoolhouse Road, Suite 110
                                       Spring Valley, New York 10977
                                       T: 845-352-0206
                                       F: 845-352-0481
                                       E-mail: ktcmalibu@gmail.com
                                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2020, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By:     */s/ Kevin T. Conway*
             Kevin T. Conway, Esq.

**Service List**

Yi-Ting Chen
350 West 42 Street
Apt, 27G
New York, NY 10036



# Demovsky Lawyer Service

P.O. Box 2083
New York, NY 10013
Ph. 212-925-1220  Fax 212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

**Invoice**

Invoice Number: 392117
Invoice Date: Jun 30, 2020
Page: 1

To:

Malibu Media
1955 West Baseline Road
Suite 113
Mesa, AZ  85202

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 10900 | 264198 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 6/24/20 | 7/30/20 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | SMN | MALIBU MEDIA, LLC   V   YI-TING CHEN   19 CV 07189<br>Process Service  - Manhattan<br>YI-TING CHEN | 119.00 | 119.00 |

Check No:

Subtotal  119.00
Sales Tax
Total Invoice Amount  119.00
Payment Received  0.00
**TOTAL**  119.00

Pay online!
www.dlsnational.com

VISA  MasterCard  AMERICAN EXPRESS  DISCOVER

"DLS, INC." TAX ID NO. 13-3179699

KINDLY NOTE:  1.33% interest per month (16% annually) will accrue on invoices not paid within our terms of 30-days.

*Please make checks payable to:  DLS, Inc. and return to the P.O. Box listed above.*

**verizon**

VERIZON SECURITY SUBPOENA COMPLIANCE
2701 S. JOHNSON ST.
SAN ANGELO, TX, 76904
TAX ID: 23-2259884 / Cage # 3L7L6
PHN: 888-483-2600
FAX: 325-949-6916

| Date | Invoice # |
|---|---|
| 11/18/2019 | 2019255352 |

## Case Invoice

| Account # | NY137824 |
|---|---|
| Payment Due Date: | 12/18/2019 |

KEVIN T CONWAY ESQ
80 RED SCHOOLHOUSE ROAD STE 110
SPRING VALLEY , NY, 10977

SNY556

| VZ Case# | File/Docket # | Description | Date Rec | Request Atty/Agent | Rate | Amount |
|---|---|---|---|---|---|---|
| 19147855 0 | 1:19-cv-07189-JGK | # Hours: 1 / $75.00　$75.00 / Hour | 09/09/2019 | KEVIN CONWAY | | $75.00 |

| | |
|---|---|
| Total | $75.00 |
| Payments/Credits | $0.00 |
| Balance Due | $75.00 |

Please return a copy of this summary with your payment. Please reference invoice number on your remittance check.

--------------------------------------------------------------

| Account # | Total Amount Due | Payment Due Date | Amount Enclosed |
|---|---|---|---|
| NY137824 | 75.00 | 12/18/2019 | |

KEVIN T CONWAY ESQ
80 RED SCHOOLHOUSE ROAD STE 110
SPRING VALLEY , NY, 10977

Make check payable to:
VERIZON SECURITY SUBPOENA COMPLIANCE
2701 S. JOHNSON ST.
SAN ANGELO, TX, 76904