UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                        :
                                          :   Case No. 1:19-cv-07189-JGK
                    Plaintiff,            :
                                          :
           vs.                            :
                                          :
YI-TING CHEN,                             :
                                          :
                    Defendant.            :
---------------------------------------------------------------X

### **PLAINTIFF, MALIBU MEDIA, LLC'S, STATEMENT OF DAMAGES**

1. Principal Amount sued for……………………………….$12,000.00[1]

2. Costs and Disbursements:

   - Clerk's fee……………..………………………………..$50.00

   - Process Server fee for service…………..…………………$119.00

   - Fees to Third-Party for Subpoena Response……………..$75.00

   - Statutory fee……………………………………………$350.00

3. Total (as of July 28, 2020)………………...……………$12,594.00

4. Affixed as Exhibits hereto:

   - A- Summons

   - B- Amended Complaint

   - C- Proof of Service

---

[1] $750.00 per infringement.

Dated:  July 30, 2020                                                                  Respectfully submitted,

By: /s/ *Kevin T. Conway*
Kevin T. Conway, Esq. (KC-3347)
80 Red Schoolhouse Road, Suite 110
Spring Valley, New York 10977
T: 845-352-0206
F: 845-352-0481
E-mail: ktcmalibu@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2020, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By:       /s/ *Kevin T. Conway*
              Kevin T. Conway, Esq.

**Service List**

Yi-Ting Chen
350 West 42 Street
Apt, 27G
New York, NY 10036