UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

MALIBU MEDIA, LLC,

                    Plaintiff,              19cv7189 (JGK)

       - against -                ORDER

YI-TING CHEN,

                    Defendant.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

The plaintiff has moved for a default judgment. The defendant should respond by August 14, 2020. If the defendant fails to respond, the motion will be decided on the current papers, in which event the defendant may have no trial. If the defendant responds, the plaintiff may reply by August 21, 2020. The plaintiff is directed to serve a copy of this Order on the defendant and file proof of service on the docket by August 4, 2020.

SO ORDERED.

Dated:   New York, New York
        July 31, 2020        /s/ John G. Koeltl
                            John G. Koeltl
               United States District Judge