**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Case No. 1:19-cv-07189-JGK
                         Plaintiff,                              :
                                                                 :
           vs.                                                   :
                                                                 :
  YI-TING CHEN,                                                  :
                                                                 :
                         Defendant.                              :
-----------------------------------------------------------------X
```

## NOTICE OF MAILING

Pursuant to this Court's Order [CM/ECF #45] dated July 31, 2020, Plaintiff hereby gives notice of serving a copy of said Order upon Defendant, via first class U.S. Mail, on August 4, 2020, and attaches proof of mailing hereto.

Dated:  August 5, 2020                          Respectfully Submitted,

                                         By:    /s/ *Kevin T. Conway*
                                                Kevin T. Conway (KC-3347)
                                                80 Red Schoolhouse Road, Suite 110
                                                Spring Valley, NY 10977
                                                T: (845) 352-0206
                                                F: (845) 352-0481
                                                Email: ktcmalibu@gmail.com
                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2020, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By: /s/ *Kevin T. Conway*
Kevin T. Conway, Esq.

**Service List**
Yi-Ting Chen
350 West 42 Street
Apt. 27G
New York, NY 10036



# Receipt

Print Date: Aug 04, 2020

| **RETURN TO** | **REFERENCE** | |
|---|---|---|
| KEVIN T. CONWAY | Ship Date: | Aug 04, 2020 |
| 80 Red Schoolhouse Road | Ship from ZIP: | 10977 |
| Spring Valley, NY 10977 | Weight: | 0 lbs. 1 oz. |
| | User: | KevinTConway |
| **SHIP TO** | Cost Code: | <None> |
| YI-TING CHEN | Refund Type: | E-refund |
| 350 W 42ND STREET, APT 27G | Reference #: | |
| NEW YORK, NY 10977 US | Printed on: | Shipping label |
| | Tracking #: | 00040899563763215764 |

| **SERVICE** | **UNIT PRICE** |
|---|---|
| First Class ® Envelope | $0.50 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Subtotal | $0.50 |
| Label Quantity | 1 |
| Total Cost | $0.50 |