# LESLIE A. FARBER, LLC
ATTORNEYS AT LAW

ACADEMY SQUARE
33 PLYMOUTH STREET, SUITE 204
MONTCLAIR, NEW JERSEY 07042-2607
973.509.8500 x 213
973.860.1174 (fax)

E-mail: LFarber@LFarberLaw.com
Web page: www.LFarberLaw.com

August 11, 2020

Hon. John G. Koeltl, U.S.D.J.
United States District Court - Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    **Malibu Media v. Yi-Ting Chen**
             **Civil Action No. 1:19 cv 07189 (JGK)**

Dear Judge Koeltl:

I represent the defendant in the above referenced case. Filed simultaneously herewith is a proposed Consent Order to Vacate Default and permit the defendant to file a responsive pleading in this case. Counsel for the plaintiff consents to the relief sought. If the form and content of this Consent Order meets with the Court's approval, please endorse and file same.

                                    Respectfully submitted

                                    /s/ Leslie A. Farber
                                    Leslie A. Farber

LAF

Encl.

cc:    Kevin T. Conway, Esq. *(via ECF)*