UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | Civil Action No. 1:19-cv-07189 (JGK) |
| *Plaintiff,* | **CONSENT ORDER TO VACATE ENTRY OF DEFAULT AND EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO F.R.C.P. 55(c)** |
| v. | |
| **YI-TING CHEN**, | |
| *Defendant.* | |

THIS MATTER having come before the Court upon the application of Leslie A. Farber, LLC, counsel for defendant, Leslie A. Farber, Esq., appearing, and with the consent of the attorney for plaintiff, for a Consent Order Vacating the Entry of Default, and the Court having considered the matter and for good cause having been shown,

IT IS on this _____ day of August, 2020,

ORDERED that Default entered on July 27, 2020, is hereby Vacated;   and

IT IS FURTHER ORDERED that defendant be permitted to file a responsive pleading or otherwise move plead with respect to the Amended Complaint within 21 days of the entry of this Consent Order.

Dated: August 11, 2020

By:   /s/ Kevin T. Conway
 Kevin T. Conway, Esq.
 80 Red Schoolhouse Road, Suite 110
 Spring Valley, NY 10977
 Ph. (845) 352-0206
 Fax: (845) 352-0481
 email: mtcmalibu@gmail.com
 Attorneys for Plaintiff

Dated:   August 11, 2020

LESLIE A. FARBER, LLC

By:   /s/ Leslie A. Farber
 Leslie A. Farber, Esq.
 33 Plymouth Street, Suite 204
 Montclair, NJ 07042
 Ph. (973) 509-8500 x213
 Fax: (973) 860-1174
 Email: LFarber@LFarberLaw.com
 Attorneys for Defendant

IT IS SO ORDERED this _____ day of August, 2020

                                               _____

                                               John G. Koeltl, U.S.D.J.