UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>                              *Plaintiff,*<br><br>v.<br><br>**YI-TING CHEN**,<br><br>                              *Defendant.* | Civil Action No. 1:19-cv-07189 (JGK)<br><br>**CONSENT ORDER TO VACATE ENTRY OF DEFAULT AND EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO F.R.C.P. 55(c)** |

THIS MATTER having come before the Court upon the application of Leslie A. Farber, LLC, counsel for defendant, Leslie A. Farber, Esq., appearing, and with the consent of the attorney for plaintiff, for a Consent Order Vacating the Entry of Default, and the Court having considered the matter and for good cause having been shown,

IT IS on this 11th day of August, 2020,

ORDERED that Default entered on July 27, 2020, is hereby Vacated;   and

IT IS FURTHER ORDERED that defendant be permitted to file a responsive pleading or otherwise move plead with respect to the Amended Complaint within 21 days of the entry of this Consent Order.

Dated: August 11, 2020                                           Dated:   August 11, 2020

                                                                                    LESLIE A. FARBER, LLC

By:    /s/ Kevin T. Conway                       By:    /s/ Leslie A. Farber
         Kevin T. Conway, Esq.                            Leslie A. Farber, Esq.
         80 Red Schoolhouse Road, Suite 110     33 Plymouth Street, Suite 204
         Spring Valley, NY 10977                          Montclair, NJ 07042
         Ph. (845) 352-0206                                   Ph. (973) 509-8500 x213
         Fax: (845) 352-0481                                 Fax: (973) 860-1174
         email: mtcmalibu@gmail.com               Email: LFarber@LFarberLaw.com
         Attorneys for Plaintiff                               Attorneys for Defendant

IT IS SO ORDERED this 11th day of August, 2020.

New York, NY                                             /s/ John G. Koeltl
                                                         Hon. John G. Koeltl
                                                             U.S.D.J.