UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
MALIBU MEDIA, LLC, :
: Case No. 1:19-cv-07189-JGK
               Plaintiff, :
:
      vs. :
:
YI-TING CHEN, :
:
             Defendant. :
---------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe subscriber assigned IP address 98.116.191.111 ("Defendant") through his counsel. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: September 15, 2020

                                                           Respectfully Submitted,

                      By:    /s/ *Kevin T. Conway*
                               Kevin T. Conway (KC-3347)
                               7 Stokum Lane
                               New City, NY 10956
                               T: (845) 352-0206
                               F: (845) 352-0481
                               Email: ktcmalibu@gmail.com
                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway*
Kevin T. Conway, Esq.