UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,  :
                       Plaintiff,  :  Case No. 1:19-cv-07189-JGK
:
            vs.  :
:
YI-TING CHEN,  :
:
                      Defendant.  :
---------------------------------------------------------------X

> The conference scheduled for today, September 16, 2020 is cancelled.
>
> New York, NY     /s/ John G. Koeltl
> September 16, 2020   John G. Koeltl, U.S.D.J.

## PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe subscriber assigned IP address 98.116.191.111 ("Defendant") through his counsel. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: September 15, 2020

                                          Respectfully Submitted,

By:    /s/ *Kevin T. Conway*
        Kevin T. Conway (KC-3347)
        7 Stokum Lane
        New City, NY 10956
        T: (845) 352-0206
        F: (845) 352-0481
        Email: ktcmalibu@gmail.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway*
Kevin T. Conway, Esq.