✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Copyrights-In-Suit for IP Address 98.116.191.111**

**ISP:** Verizon Internet Services
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Cindy Sauna Sex | PA0002173483 | 05/04/2019 | 05/13/2019 | 05/16/2019 |
| Stunning Sexy Shower | PA0002165727 | 03/21/2019 | 04/09/2019 | 05/16/2019 |
| Moonlight Sex Games | PA0002165730 | 03/27/2019 | 04/09/2019 | 05/16/2019 |
| Afternoon Rendezvous | PA0002120296 | 05/21/2018 | 06/05/2018 | 05/16/2019 |
| Workout and Stunning Hot Sex | PA0002154476 | 01/20/2019 | 01/24/2019 | 05/16/2019 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 05/16/2019 |
| XXX Threeway Games | PA0002078584 | 06/30/2017 | 08/30/2017 | 03/22/2019 |
| Four Way In 4K | PA0001995499 | 01/28/2016 | 02/18/2016 | 03/21/2019 |
| Cum In For An Orgy | PA0002139295 | 08/11/2018 | 08/27/2018 | 03/20/2019 |
| Honeymoon Sex | PA0002109640 | 03/09/2018 | 03/28/2018 | 03/15/2019 |
| Five Reasons to Love Sex with Blondes | PA0002097524 | 12/09/2017 | 01/03/2018 | 03/15/2019 |
| Moving Day Sex | PA0002133713 | 07/21/2018 | 08/02/2018 | 03/15/2019 |
| Young 18 Year Old Couple in Hot Summer Sex | PA0002139292 | 08/03/2018 | 08/27/2018 | 03/15/2019 |
| Summertime Sex | PA0002128253 | 07/13/2018 | 07/17/2018 | 03/15/2019 |
| Teach Me About Sex | PA0002140491 | 08/31/2018 | 09/24/2018 | 03/15/2019 |
| Supermodel Sex | PA0001967075 | 09/02/2015 | 09/07/2015 | 03/15/2019 |

**Total Malibu Media, LLC Copyrights Infringed: 16**

EXHIBIT B

SNY556